**ROBERT J. ROSATI, #112006**
**THORNTON DAVIDSON # 166487**
ERISA LAW GROUP, L.L.P.
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Telefax (559) 256-9799
rosatilaw@aol.com
thornton@theerisalawgroup.com

Attorneys for Plaintiff, MARK JANES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JANES, | ) Case No. C 08-05170SI |
| Plaintiff, | ) **REQUEST FOR TELEPHONIC APPEARANCE** |
| v. | ) |
| STANDARD LIFE INSURANCE COMPANY, a Corporation, | ) |
| Defendant. | ) |

    Robert J. Rosati, and Thornton Davidson, attorneys of record for plaintiff MARK JANES, hereby request to participate in the initial Case Management Conference in this matter by telephone. This request is made for the following reasons:

    1.    The Scheduling Conference is scheduled for February 20, 2009 at 2:00 p.m. in Courtroom 10 before the Honorable Susan Ilston.

    2.    Counsel for the parties have prepared and filed the Joint Case Management Statement

    3.    This request to appear by telephone is made because Plaintiff's counsel maintain their office in the City of Fresno, California, a distance of approximately 200 miles from the courthouse

//

4. Plaintiff's counsel has consulted with opposing counsel, and they present no objections to this request for a telephonic appearance.

Dated: February 5, 2009

/S/ Robert Rosati
ROBERT J. ROSATI, #112006
THORNTON DAVIDSON, #166487
The ERISA Law Group, LLP
Attorneys for Plaintiff,
MARK JANES

### [PROPOSED] ORDER

Plaintiff's counsel, Robert J. Rosati and Thornton Davidson, may participate in the initial Case Management Conference in this action by telephone.

Dated: _____   _____
HONORABLE SUSAN ILSTON
UNITED STATES DISTRICT COURT JUDGE

Counsel shall be on telephone standby.

REQUEST FOR TELEPHONIC APPEARANCE
2