UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK JANES,                                    No. C 08-05170 SI

        Plaintiff,                          **PRETRIAL PREPARATION ORDER**

  v.

STANDARD LIFE INSURANCE CO,

        Defendant.
_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 5, 2009 at  3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 2, 2009.

DESIGNATION OF EXPERTS: 10/13/09; REBUTTAL: n/a.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 30, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by November 13, 2009;

    Opp. Due November 30, 2009;  Reply Due December 7, 2009;

    and set for hearing no later than December 18, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 16, 2010 at 3:30 PM.

JURY TRIAL DATE: March 1, 2010 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation in early May 2009.  Counsel shall inform the Court of the mediator selected and the date of the session.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Susan Illston

**United States District Court**
For the Northern District of California

Dated: _____

SUSAN ILLSTON
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28